CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 05 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHNATHAN LEE X SMITH, | ) | |
| Plaintiff, | ) | Civil Action No. 7:11-cv-00002 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| LAWRENCE WANG, et al., | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that this complaint is hereby **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g) and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is **DIRECTED** to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 7th day of January, 2011.

United States District Judge